UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ADELA AGUIRRE,

  Plaintiff,

-vs-                                      CASE NO.:  6:16-CV-01567-GKS-GJK

SANTANDER CONSUMER USA, INC.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Adela Aguirre, and the Defendant, Santander Consumer USA, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 27th day of January, 2017.

| | |
|---|---|
| s/*Octavio Gomez* | s/*Frank Springfield* |
| Tav Gomez, Esquire | R. Frank Springfield, Esq. |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 200 South Orange Avenue, Suite 800 |
| Tampa, FL 33602 | Orlando, FL 32801 |
| Tele: (813) 223-5505 | Tele: (205) 458-5187 |
| Fax: (813) 223-5402 | Fax: (205) 244-5707 |
| tgomez@forthepeople.com | fspringfield@burr.com |
| Florida Bar#: 0338620 | Florida Bar#: |
| Attorney for Plaintiff | Attorney for Defendant |